USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

USAO Number: 2024R05531

Magistrate Number:

CRIMINAL INDICTMENT

United States Courts
Southern District of Texas
FILED

*January 28, 2025*

Filed Nathan Ochsner, Clerk of Court

No. **4:25-cr-00027**

Judge: **Rosenthal**

UNITED STATES of AMERICA vs.

TREVOR RICHARD NEILL

**ATTORNEYS:**

| | | |
|---|---|---|
| **William R. Harris, AUSA** | | **(210) 627-5532** |
| **Eric Yuen, AUSA** | | **(210) 420-0221** |

|  | Appt'd | Private |
|---|---|---|
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( )

Count 1 & 2: 18 U.S.C. § 912 - Impersonating a Government Official

Count 3 & 4: 18 U.S.C. § 1001 - False Documents

Count 5 & 6: 18 U.S.C. § 1028A - Aggravated Identity Theft

PENALTY:

**Counts 1 & 2: Official Maximum 3 years imprisonment; Maximum $250,000 fine Maximum; 1-year supervised release; and $100 special assessment, as to each count.**

**Counts 3 & 4: Maximum 5 years imprisonment; Maximum $250,000 fine; Maximum 3 years supervised release; and $100 special assessment, as to each count.**

**Counts 5 & 6: Mandatory consecutive 2 years imprisonment; Maximum $250,000 fine; Maximum 3 years supervised release; and $100 special assessment.**

☐ In Jail

☐ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: