United States District Court
Southern District of Texas
**ENTERED**
January 28, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CRIMINAL NO:4:25-cr-00027** |
| | § | |
| **TREVOR RICHARD NEILL** | § | |
| | § | |
| | § | |
| | § | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a criminal indictment has been filed against the defendant

listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on

February 10,2025 at   02:00 PM   . Upon appearance, a judicial determination shall be made as

to detention or release on conditions. The United States Government recommends to the Court

the following conditions of release.

 Defendant

☐   Appearance Bond in the Amount of.
$:25,000 unsecured

SIGNED at Houston, Texas, on January 28, 2025

_____
UNITED STATES MAGISTRATE JUDGE