# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:25–cr–00027 |
| | § | |
| Trevor Richard Neill | § | |

13603 Saddlebred Springs Ln. Cypress, TX 77429

### SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation ☐ Pretrial Release Violation ☐ Supervised Release Violation ☐ Violation Notice ☐ Order of the Court

Place:
United States District Court
515 Rusk Street
Houston, TX 77002

Location: Courtroom 703
Date and Time: 2/10/2025 at 02:00 PM

This offense is briefly described as follows:

**Impersonating a Government Official [18 U.S.C. § 912] (1–2)**

**False Documents [18 U.S.C. § 1001] (3–4)**

**Aggravated Identity Theft [18 U.S.C. § 1028A] (5–6)**

Contact the Pretrial Services Agency at (713) 250-5218 immediately after receipt of this summons.

Date: January 28, 2025

_____
*Issuing officer's signature*
Antonio B. Banda, Deputy Clerk

I declare under penalty of perjury that I have:

☐ Executed and returned this summons.          ☐ Returned this summons unexecuted.

Date:_____          _____
*Server's signature*

_____
*Printed name and title*

Case No. 4:25–cr–00027

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

_____

Usual place of abode *(if different from residence address)*: _____

_____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of

process: _____

_____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the

United States: _____

_____

### PROOF OF SERVICE

This summons was received by me on *(date)* _____.

☐ I personally served the summons on this defendant *(name)* _____

at *(place)* _____ on *(date)* _____; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode

with *(name)* _____, a person of suitable age and discretion who resides there,

and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____,

who is authorized to receive service of process on behalf of *(name of organization)*

_____

_____ on *(date)* _____ and I mailed a copy to the organizations's

last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

_____

_____

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                                                              *Issuing officer's signature*


                                                                                 _____
                                                                                              *Printed Name and title*

Remarks: