# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF TEXAS

RECEIVED
UNITED STATES MARSHAL

2025 JAN 28 PM 2: 51

SOUTHERN DIST. S/TX

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| versus | § | Criminal No. 4:25−cr−00027 |
| | § | United States Courts |
| Trevor Richard Neill | § | Southern District of Texas |
| | § | FILED |

13603 Saddlebred Springs Ln. Cypress, TX 77429

FEB 03 2025

## SUMMONS IN A CRIMINAL CASE

Nathan Ochsner, Clerk of Court

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation  ☐ Pretrial Release Violation  ☐ Supervised Release Violation  ☐ Violation Notice  ☐ Order of the Court

Place:
United States District Court
515 Rusk Street
Houston, TX 77002

Location: Courtroom 703
Date and Time: 2/10/2025 at 02:00 PM

This offense is briefly described as follows:

**Impersonating a Government Official [18 U.S.C. § 912] (1−2)**

**False Documents [18 U.S.C. § 1001] (3−4)**

**Aggravated Identity Theft [18 U.S.C. § 1028A] (5−6)**

Contact the Pretrial Services Agency at (713) 250-5218 immediately after receipt of this summons.

Date: January 28, 2025

_____
*Issuing officer's Signature*
Antonio B. Banda, Deputy Clerk

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons.  ☐ Returned this summons unexecuted.

Date: 01/30/25

_____
*Israel Barajas*
*Server's signature*

I.Barajas Deputy U.S. Marshal
_____
*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 4:25–cr–00027

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.
*(Not for Public Disclosure)***

**INFORMATION FOR SERVICE**

Name of defendant/offender:  Trevor Richard Neill

Last known residence:  13603 Saddlebred Springs Ln Cypress, TX 77429

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

**PROOF OF SERVICE**

This summons was received by me on *(date)* _____.

☐ I personally served the summons on this defendant *(name)* _____
at *(place)* _____ on *(date)* _____; or

☐ On *(date)* 01/30/25 _____ I left the summons at the individual's residence or usual place of abode
with *(name)* Yaiko Neill "wife" _____, a person of suitable age and discretion who resides there,
and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____,
who is authorized to receive service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ and I mailed a copy to the organizations's
last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date:  01/30/25

*Israel Barajas*

_____
*Issuing officer's signature*

Ibarjas Deputy U.S. Marshal
*Printed Name and title*

Remarks: