# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 4:25-cr-00027 |
| | § | |
| TREVOR RICHARD NEILL | § | |

### <u>MOTION TO SUBSTITUTE COUNSEL</u>

TO THE HONORABLE JUDGE LEE H. ROSENTHAL:

NOW COMES DEFENDANT, Trevor Richard Neill, and makes this motion to substitute counsel.

The defendant is currently represented by Sean Christopher Timmons and Nathan Zachery Simmons. The defendant has retained the legal services of James Alston and desires James Alston to represent him during the pendency of this case.

The Defendant respectfully requests that the Court grant this Motion to Substitute Counsel.

_____  6-25-25
Trevor Richard Neill      Date

Respectfully submitted,

/s/ James Alston
_____
James R. Alston
1415 North Loop West, Suite 905
Houston, TX 77008
(713) 228-1400
State Bar No. 00786974
Federal I.D. No. 30878
jamesalstonpc@outlook.com

## CERTIFICATE OF SERVICE

I certify that I have emailed a copy of this Motion to Substitute Counsel to

AUSA William Robert Harris.

/s/ James Alston
James Alston

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | 4:25-cr-00027 |
| | § | |
| | § | |
| **TREVOR RICHARD NEILL** | § | |

## <u>ORDER</u>

The defendant's motion to substitute James Alston as attorney of record is

Granted.

Signed on _____ in Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge