# SENTENCE DATA SHEET

**DEFENDANT:** TREVOR RICHARD NEILL

**CRIMINAL NO:** H-25-027

**GUILTY PLEA:** Count One and Count Three

**SUBSTANCE**

**OF PLEA**

**AGREEMENT:** The defendant agrees to plead guilty to Counts One and Three of the indictment and waive his rights to appeal and collaterally attack his conviction and sentence. The United States agrees not to oppose the defendant's request for full acceptance of responsibility and to dismiss the remaining counts of the indictment after sentencing. The defendant agrees to an order of restitution in the amount of $11,226.16.

**COUNT ONE:** Impersonating a Government Official - 18 U.S.C. § 912.

**IMERSONATION
ELEMENTS:**

*First*: That the defendant falsely assumed or pretended to be an officer or employee acting under the authority of the United States or any department, agency or officer of the United States;
*Second*: That while acting in such an assumed or pretended character, the defendant engaged in any overt act consistent with the assumed character; and
*Third*: That while acting in such an assumed or pretended character, the defendant acted with the intent to deceive another to act differently than he or she would have absent the deception.

5th Cir. Pattern Crim. Jury Instr., 2.42A (2024).

**PENALTY:** Imprisonment not to exceed three (3) years and/or a fine up to $250,000

**COUNT THREE:** False Documents - 18 U.S.C. § 1001.

**ELEMENTS:**

*First:* That the defendant made or used any writing or document;
*Second:* That the writing or document made or used was false, fictitious, or fraudulent;
*Third:* That the false, fictitious, or fraudulent statement or entry was material;
*Fourth*: That the defendant knew the writing or document contained a false, fictitious, or fraudulent statement or entry;
*Fifth:* That the defendant made the false statement willfully for the purpose of misleading the U.S. Attorney's Office for the Southern District of Texas;
*Sixth:* That the statement pertained to a matter within the jurisdiction of U.S. Attorney's Office for the Southern District of Texas, part of the executive, legislative, or judicial branch of the United States government.

5th Cir. Pattern Crim. Jury Instr., 2.45 (Customized) (2024).

**ALTERNATIVE FINE BASED ON GAIN OR LOSS 18 U.S.C. 3571(d):**   Not Applicable.

**IMMIGRATION STATUS:**   U.S. citizen

**SENTENCING GUIDELINES:**   Advisory

**SUPERVISED RELEASE:**

Not to exceed one year for Count One and three years for Count Three (18 U.S.C. §3583). If at any time the defendant violates any of the conditions of supervised release, then the defendant may be imprisoned for up to one year on Count One and two years on Count Three without credit for time already served on supervised release (18 U.S.C. § 3583(e)(3)).

**SPECIAL ASSESSMENT:**   $100 per count of conviction

**ATTACHMENT:**   plea agreement