**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

UNITED STATES OF AMERICA, §
§
§
VS. § CRIMINAL ACTION NO. H-25-27
§
§
§
TREVOR RICHARD NEILL. §

### ORDER ON FUNDS

The United States filed an Unopposed Motion for an Order Authorizing the Clerk to Accept Funds into the Clerk's Registry. After careful review, the motion is granted.

The Clerk of Court is authorized to accept funds from Defendant Trevor Richard Neill in the amount of $11,226.16 before the written judgment is entered. Any payment must be in the form of a cashier's check or IOLTA check made payable to the "United States District Clerk" with the Defendant's name and case number noted in the memo section of the check. Any payment must be mailed or hand-delivered to the United States District Clerk, P.O. Box 61010, Houston, Texas 77208.

The Clerk of Court is authorized and directed to accept payment, and the funds will remain in the registry until sentencing, at which time the payment will be applied to any restitution obligation imposed against Defendant Trevor Richard Neill.

SIGNED on February 25, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

