**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff**<br><br>v<br><br>**(1) TREVOR RICHARD NEILL**<br><br>**Defendant** | **CRIMINAL NO. 4:25-CR-00027 LHR** |

GOVERNMENT'S MOTION FOR DISMISSAL OF COUNTS

TO THE HONORABLE LEE H. ROSENTHAL, SENIOR UNITED STATES DISTRICT JUDGE:

On April 2, 2026, this honorable Court sentenced the Defendant following his pleas of guilty to Counts One and Three of the Indictment.  Now, pursuant to the Plea Agreement in this case, the United States moves for the dismissal of the remaining counts, being Counts Two, Four, Five, and Six.

Respectfully submitted,

PAMELA BONDI
UNITED STATES ATTORNEY GENERAL

WILLIAM R. HARRIS
Special Attorney to the Attorney General
Pursuant to 28 U.S.C. § 515(a)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of this sealed filing will be served by email upon counsel for the Defendant and the United States Probation Officer this 29th day of March, 2026.

WILLIAM R. HARRIS
Special Attorney to the Attorney General
Pursuant to 28 U.S.C. § 515(a)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff**<br><br>v<br><br>**(1) TREVOR RICHARD NEILL**<br><br>**Defendant** | **CRIMINAL NO. 4:25-CR-00027 LHR** |

**ORDER**

The Government has moved, pursuant to the Plea Agreement accepted by the Court, for the dismissal of the remaining counts of the Indictment following the Court's sentencing of the Defendant pursuant to his pleas of guilty to Counts One and Three.

IT IS HEREBY ORDERED THAT Counts Two, Four, Five, and Six of the Indictment be and hereby are DISMISSED.

SO ORDERED this _____ day of April 2026.

_____
LEE H. ROSENTHAL
SENIOR UNITED STATES DISTRICT JUDGE